No. 806, October Term, 1958., BELLEW ET AL. *v.* MISSISSIPPI, 360 U. S. 473. Motion for leave to file supplemental and amended petition for rehearing granted. Petition for rehearing denied.

No. 613, Misc., October Term, 1958. MULLEN ET AL. *v.* DISTRICT OF COLUMBIA, 359 U. S. 971. Motion for leave to file second petition for rehearing denied.

No. 812, Misc., October Term, 1958. CONVERSE *v.* MENTAL HYGIENE DEPARTMENT OF CALIFORNIA ET AL., 360 U. S. 905. Motion for leave to file petition for rehearing denied.

OCTOBER 19, 1959.

No. 1, October Term, 1957. UNITED STATES *v.* SHOTWELL MANUFACTURING CO. ET AL. The motion for leave to file motions to vacate orders of December 16, 1957, granting certiorari etc. and for other relief is denied. *George B. Christensen* for Shotwell Manufacturing Co. et al., and *William T. Kirby* for Sullivan, movants. *Solicitor General Rankin* for the United States in opposition. [See 355 U. S. 233, 352 U. S. 997.]

No. 187. MALOY ET UX. *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF WEST PALM BEACH. The application for stay of the issuance of the order denying petition for writ of certiorari (*ante,* p. 824) referred to the Court by MR. JUSTICE BLACK is granted pending the timely filing and disposition of a petition for rehearing.

No. 330, Misc. SCHLETTE *v.* UNITED STATES DISTRICT COURT ET AL. Motion for leave to file petition for writ of certiorari and other relief denied.